IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FEYSAL AYATI-GHAFFARI | § § | |
| v. | § § | CASE NO. 4:21-cv-326-JRG-RSP |
| JP MORGAN CHASE BANK, N.A. | § § § | |

**ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So Ordered this**

**Nov 12, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE