Case No. 4:21-cv-00326-JCB-RSP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FEYSAL AYATI-GHAFFARI, Appellant

v.

CAREY D. EBERT, Standing Chapter 13 Trustee, Appellee

On Appeal from the United States Bankruptcy Court
for the Eastern District of Texas,
Sherman Division, Judge Brenda T. Rhodes, Presiding

### ORDER DENYING APPELLANT'S
### MOTION TO APPROVE THE FORM OF THE FINAL JUDGMENT

On this day the Court considered the Memorandum in Support of Motion to Approve the Form of the Final Judgment No-Creditor Exists-Automatic and Execution Order filed Appellant Feysal Ayati-Ghaffari (Doc. 34), as well as the response filed by Appellee JPMorgan Chase Bank, N.A. (Chase). Having considered these pleadings, the Court finds that the motion is DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Memorandum in Support of Motion to Approve the Form of the Final Judgment No-

Creditor Exists-Automatic and Execution Order filed Appellant Feysal Ayati-Ghaffari (Doc. 34) is DENIED.